```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                  :
ZHI QING LIU,                     :
                                  :
              Plaintiff,          :
                                  :       09 Civ. 1560 (BSJ)
          v.                      :       Order
                                  :
JANET NAPOLITANO, Secretary,      :
Department of Homeland Security,  :
ERIC HOLDER, U.S. Attorney General,:
Department of Justice, JOHN P.    :
TORRES, Acting Assistant Secretary,:
U.S. Immigration & Customs        :
Enforcement, and JAMES HAYES, JR.,:
Director, ICE Office of Detention :
And Removal,                      :
                                  :
              Defendants.         :
----------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Government is directed to submit a letter-brief to the Court on or before Monday March 30, 2009 detailing its position with respect to the instant petition for a Writ of Habeas Corpus. All parties are directed to appear for a conference before the Court on Thursday April 2, 2009 at 11:30 a.m. in courtroom 17C.

SO ORDERED:

　　　　　　　　　　　　　　　　　　　／s／ Barbara S. Jones
　　　　　　　　　　　　　　　　　　BARBARA S. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         March 23, 2009

1